| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, NY  10005<br><br>*Lead Counsel to Securities Lead Plaintiff*<br><br>**MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095)<br>100 Pine Street, Suite 1250<br>PMB 502<br>San Francisco, CA  94111<br><br>*Local Bankruptcy Counsel to*<br>*Securities Lead Plaintiff* | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>One Lowenstein Drive<br>Roseland, NJ  07068<br><br>*Special Bankruptcy Counsel to*<br>*Securities Lead Plaintiff*<br><br><br><br><br><br><br><br>*Additional counsel listed on Exhibit A* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 4:25-cv-05609 HSG<br><br>(Bankruptcy Court Case No. 19-30088-DM)<br><br>**STIPULATION AND ORDER TO MODIFY THE CASE SCHEDULE** |

4900-4599-5614.v1

1  Pursuant to the Northern District of California's Civil Local Rules 6-2 and 7-12 and this Court's Standing Order, ¶15, Appellants Directors[1] and Underwriters[2] (collectively, the "Directors and Underwriters"), and Appellees Securities Claimants,[3] hereby stipulate and jointly propose to modify the case schedule as set forth below, subject to approval by the Court:

WHEREAS, the underlying action is pending before the Honorable Dennis J. Montali of the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") captioned *In re PG&E Corporation & Pacific Gas and Electric Company*, No. 19-30088 (Bankr. N.D. Cal.) (the "Bankruptcy Action") pursuant to 28 U.S.C. §§157(b) and 1334;

WHEREAS, on June 16, 2025, the Bankruptcy Court entered an order denying the Directors and Underwriters' motion for a protective order with respect to subpoenas issued to these non-parties as part of the Bankruptcy Action (the "Order");

WHEREAS, on June 30, 2025, the Directors and Underwriters filed a Motion for Leave to Appeal the Order in the Bankruptcy Action (the "Motion for Leave to Appeal");

WHEREAS, on July 2, 2025, this Court's clerk entered the Transmittal of Notice of Appeal to District Court on the docket (ECF 1);

WHEREAS, on July 3, 2025, Appellants entered the Notice of Appeal from Bankruptcy Court (ECF 1);

WHEREAS, on July 3, 2025, this Court's Staff entered a Notice of Filing of Appeal & Scheduling Order (ECF 2), setting, *inter alia*, a deadline for Appellants to file a "principal brief" "30

---

[1] Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Forrest E. Miller, Maryellen C. Herringer, Barry Lawson Williams, Rosendo G. Parra, Barbara L. Rambo, Anne Shen Smith, and Eric D. Mullins.

[2] Barclays Capital Inc., BNP Paribas Securities Corp., Morgan Stanley & Co. LLC, MUFG Securities Americas, Inc., The Williams Capital Group, L.P. (n/k/a Siebert Williams Shank & Co., LLC), Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated (n/k/a BofA Securities, Inc.), Mizuho Securities USA LLC, Goldman, Sachs & Co., LLC, RBC Capital Markets, LLC, and Wells Fargo Securities, LLC.

[3] Public Employees Retirement Association of New Mexico ("PERA"), York County on Behalf of the County of York Retirement Fund ("York"), City of Warren Police & Fire Retirement System ("Warren"), and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund ("Mid-Jersey") (collectively, the "Securities Plaintiffs").

1 days after notice filed on this District Court's docket that the record is available electronically" and
2 for Appellees to file a "principal and response brief" "30 days after service of Appellant's brief";

3    WHEREAS, on July 14, 2025, Securities Claimants filed an Opposition to Non-Party
4 Directors and Underwriters Motion for Leave to Appeal (ECF 3) in this action;

5    WHEREAS, on August 4, 2025, prior to their motion for leave to appeal being granted but in
6 accordance with the schedule set forth on July 3, 2025, the Directors and Underwriters filed their
7 opening appellant brief (ECF 4);

8    WHEREAS, on August 13, 2025, this Court entered the Transmittal of Record on Appeal to
9 District Court (ECF 6);

10   WHEREAS, on August 18, 2025, this Court's staff modified the Notice of Appeal from
11 Bankruptcy Court to acknowledge and docket the filing of the Motion for Leave to Appeal (ECF 1-4,
12 1-5).

13   WHEREAS, in accordance with the schedule set forth on July 3, 2025 and this Court's
14 docket, "Appellee Brief [is] due by 9/3/2025" (ECF 4).  This Court, however, has not yet made a
15 determination as to whether leave to appeal should be granted, rendering any response to the appeal
16 premature and potentially moot;

17   NOW, THEREFORE, the Parties have agreed and HEREBY STIPULATE as follows:

18   1.   The July 3, 2025 schedule regarding briefing is vacated;

19   2.   In the event that this Court grants the Directors and Underwriters' Motion for Leave
20 to Appeal (Bankruptcy Action, ECF 14816), the Securities Claimants shall have 30 days from the
21 date of the order to file a responsive appellee brief; and

22   3.   The Directors and Underwriters shall have 30 days after service of any Securities
23 Claimants' response to file a reply brief in support of their appeal.

24 DATED:  August 22, 2025                **ROBBINS GELLER RUDMAN**
                                          **& DOWD LLP**
25

26

27                                            s/ Kenneth J. Black
                                          KENNETH J. BLACK

28

STIPULATION AND ORDER TO MODIFY CASE SCHEDULE - 4:25-cv-05609 HSG    - 2 -
4900-4599-5614.v1

|   |   |
|---|---|
| 1 | |
| 2 | Willow E. Radcliffe (SBN 200089) |
|   | Kenneth J. Black (SBN 291871) |
| 3 | Hadiya K. Deshmukh (SBN 328118) |
|   | Hailey S. Zanutto (SBN 358143) |
| 4 | Post Montgomery Center |
|   | One Montgomery Street, Suite 1800 |
| 5 | San Francisco, CA 94104 |
|   | Telephone: 415/288-4545 |
| 6 | Facsimile: 415/288-4534 |
|   | willowr@rgrdlaw.com |

```
                      Willow E. Radcliffe (SBN 200089)
                      Kenneth J. Black (SBN 291871)
                      Hadiya K. Deshmukh (SBN 328118)
                      Hailey S. Zanutto (SBN 358143)
                      Post Montgomery Center
                      One Montgomery Street, Suite 1800
                      San Francisco, CA  94104
                      Telephone:  415/288-4545
                      Facsimile:  415/288-4534
                      willowr@rgrdlaw.com
                      kennyb@rgrdlaw.com
                      hdeshmukh@rgrdlaw.com
                      hzanutto@rgrdlaw.com

                      ROBBINS GELLER RUDMAN
                        & DOWD LLP
                      Darren J. Robbins (SBN 168593)
                      Alexandra S. Bernay (SBN 211068)
                      655 West Broadway, Suite 1900
                      San Diego, CA  92101
                      Telephone:  619/231-1058
                      Facsimile:  619/231-7423
                      darrenr@rgrdlaw.com
                      xanb@rgrdlaw.com

                      Counsel for Securities Act Plaintiffs
```

DATED: August 22, 2025    **SIMPSON THACHER & BARTLETT LLP**
Stephen P. Blake (SBN 260069)


By:  _____s/ Stephen P. Blake_____
     STEPHEN P. BLAKE
2475 Hanover Street
Palo Alto, CA 94304
Telephone: 650/251-5000
Facsimile: (650) 251-5002
sblake@stblaw.com

*Counsel for Non-Party Directors Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Forrest E. Miller, Maryellen C. Herringer, Barry Lawson Williams, Rosendo G. Parra, Barbara L. Rambo, Anne Shen Smith and Eric D. Mullins*

STIPULATION AND ORDER TO MODIFY CASE SCHEDULE - 4:25-cv-05609 HSG    - 3 -
4900-4599-5614.v1

| | |
|---|---|
| DATED: August 22, 2025 | DAVIS POLK & WARDWELL LLP<br>CHARLES S. DUGGAN (*pro hac vice*)<br>DANA M. SESHENS (*pro hac vice*)<br><br>By:    <u>s/ Charles S. Duggan</u><br>       CHARLES S. DUGGAN<br><br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: 212/450-4000<br>Facsimile: 212/701-5800<br>charles.duggan@davispolk.com<br>dana.seshens@davispolk.com<br><br>DAVIS POLK & WARDWELL LLP<br>ANDREW YAPHE (SBN 274172)<br>900 Middlefield Road, Suite 200<br>Redwood City, California 94063<br>Telephone: 650/752-2000<br>Facsimile: 650/752-2111<br>andrew.yaphe@davispolk.com<br><br>*Counsel for Non-Party Underwriters Barclays Capital Inc., BNP Paribas Securities Corp., Morgan Stanley & Co. LLC, MUFG Securities Americas, Inc., The Williams Capital Group, L.P. (n/k/a Siebert Williams Shank & Co. LLC), Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated (n/k/a BofA Securities, Inc.), Mizuho Securities USA LLC, Goldman, Sachs & Co., LLC, RBC Capital Markets, LLC, and Wells Fargo Securities, LLC* |

I, KENNETH J. BLACK, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CASE SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that the above-signed counsel have concurred in this filing.

# EXHIBIT A

## COUNSEL

| | |
|---|---|
| **LABATON KELLER SUCHAROW LLP**<br>Thomas A. Dubbs (*pro hac vice forthcoming*)<br>Michael P. Canty (*pro hac vice*)<br>Thomas G. Hoffman, Jr. (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Telephone: 212/907-0700<br>tdubbs@labaton.com<br>mcanty@labaton.com<br>thoffman@labaton.com<br><br>*Lead Counsel to Securities Lead Plaintiff*<br><br>**ADAMSKI, MORISKI, MADDEN,<br>   CUMBERLAND & GREEN LLP**<br>James M. Wagstaffe (SBN 95535)<br>Mailing Address: P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Physical Address: 6633 Bay Laurel Place<br>Avila Beach, CA 93424<br>Telephone: 805/543-0990<br>805/543-0980 (fax)<br>wagstaffe@ammcglaw.com<br><br>*Liaison Counsel for Securities Lead Plaintiff*<br><br>**LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*)<br>Andrew Behlmann (*pro hac vice*)<br>Scott Cargill (*pro hac vice*)<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: 973/597-2500<br>Facsimile: 973/597-2333<br>metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>scargill@lowenstein.com<br><br>*Special Bankruptcy Counsel to<br>   Securities Lead Plaintiff* | **MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095)<br>100 Pine Street, Suite 1250<br>PMB 502<br>San Francisco, CA 94111<br>Facsimile: 415/512-8601<br>randy.michelson@michelsonlawgroup.com<br><br>*Local Bankruptcy Counsel to<br>   Securities Lead Plaintiff*<br><br>**ROBBINS GELLER RUDMAN<br>   & DOWD LLP**<br>Darren J. Robbins (SBN 168593)<br>Alexandra S. Bernay (SBN 211068)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Facsimile: 619/231-7423<br>darrenr@rgrdlaw.com<br>xanb@rgrdlaw.com<br><br>**ROBBINS GELLER RUDMAN<br>   & DOWD LLP**<br>Willow E. Radcliffe (SBN 200089)<br>Kenneth J. Black (SBN 291871)<br>Hadiya K. Deshmukh (SBN 328118)<br>Hailey S. Zanutto (SBN 358143)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>Facsimile: 415/288-4534<br>willowr@rgrdlaw.com<br>kennyb@rgrdlaw.com<br>hdeshmukh@rgrdlaw.com<br>hzanutto@rgrdlaw.com<br><br>*Counsel for Securities Act Plaintiffs*<br><br>**VANOVERBEKE, MICHAUD &<br>   TIMMONY, P.C.**<br>Thomas C. Michaud<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>tmichaud@vmtlaw.com<br><br>*Additional Counsel for Securities Act Plaintiffs* |

|   |   |
|---|---|
| 1 | * * * |
| 2 | **O R D E R** |
| 3 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 4 | DATED: 8/26/2025 |
|   | THE HONORABLE HAYWOOD S. GILLIAM, JR. |
| 5 | UNITED STATES DISTRICT JUDGE |